UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-0119 WBS |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Juan GALLEGOS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus:

    (X) Ad Prosequendum            () Ad Testificandum

Name of Detainee:          **Juan GALLEGOS, CDC No. F94031**
Detained at (custodian):    Corcoran State Prison
                               4001 King Avenue
                               Corcoran, California 93212

Detainee is:      a.)     () charged in this district by:    (X) Indictment   () Information   () Complaint
                                     charging detainee with: conspiracy to distribute and possess with intent
                                     to distribute methamphetamine, cocaine, and marijuana
        or      b.)     () a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)     ()    return to the custody of detaining facility upon termination of proceedings
        or      b.)     (X) be retained in federal custody until final disposition of federal charges.

*Appearance is necessary in the Eastern District of California to face prosecution on a drug trafficking indictment in Case No. 2:11-cr-0119 WBS.*

                             Signature:                 /s/ Jason Hitt
                             Printed Name & Phone No:   Jason Hitt  916-554-2751
                             Attorney of Record for:      United States of America

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum            () Ad Testificandum

       The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:    July 19, 2011

                                         /s/ William B. Shubb
                                         WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE

| | | | |
|---|---|---|---|
| Detainee: | **Juan GALLEGOS, CDC No. F94031** | X Male | ___ Female |
| Detained at (custodian): | Corcoran State Prison | | |
| Facility Address: | **ATTN: Ms. Mary Kimbrell - CSP - Corcoran Litigations Office** | | |
| | 4001 King Avenue | | |
| | Corcoran, California 93212 | | |
| Facility Phone: | (559) 992-8800 ext. 5664 | | |

**RETURN OF SERVICE**

Executed on _____     By: _____