UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN FRANCISCO GALLEGOS,<br><br>　　　　　Defendant. | CIV. NO. 2:16-01234 WBS<br>CR.  NO. 2:11-119 WBS<br><br>ORDER |

----oo0oo----

On June 6, 2016, petitioner Juan Francisco Gallegos filed a motion pursuant to 28 U.S.C. § 2255.  The United States shall file an opposition to petitioner's motion no later than July 7, 2016.  Petitioner may then file a reply no later than July 22, 2016.  The court will then take the motion under submission and will inform the parties if oral argument or

1

1  further proceedings are necessary.

2          IT IS SO ORDERED.

3  Dated:  June 8, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE