UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | CIV. NO. 2:16-01234 WBS |
|---|---|
| Plaintiff, | CR.  NO. 2:11-119 WBS |
| v. | ORDER |
| JUAN FRANCISCO GALLEGOS, | |
| Defendant. | |

----oo0oo----

On March 16, 2015, defendant Juan Francisco Gallegos filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582. (Docket No. 218.)  The United States shall file an opposition to defendant's motion no later than August 15, 2016.  Defendant may file a reply no later than August 30, 2016.  The court will then take the motion under submission and will inform the parties if

1

oral argument or further proceedings are necessary.

        IT IS SO ORDERED.

Dated:  July 13, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE