UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JUAN FRANCISCO GALLEGOS,<br><br>        Defendant. | CIV. NO. 2:16-01234 WBS<br>CR.  NO. 2:11-119 WBS<br><br>ORDER |

----oo0oo----

IT IS HEREBY ORDERED that petitioner's motion pursuant to 28 U.S.C. § 2255 (Docket No. 248) and the government's motion to stay (Docket No. 253) is referred to a Magistrate Judge for all further proceedings pursuant to 28 U.S.C. § 636(b)(1)(B). The July 25, 2016 hearing on the government's motion to stay is VACATED subject to the Magistrate Judge resetting it at his or

1

1  her convenience.
2          IT IS SO ORDERED.
3  Dated:  July 13, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE