UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JUAN FRANCISCO GALLEGOS,<br><br>Movant. | No. 2:11-cr-0119 WBS KJN P<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 17, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 17, 2016, are adopted in full;

2. Respondent's request to stay (ECF No. 252) is denied; and

1

3. Respondent is directed to file an opposition to the Section 2255 motion within twenty-one days from the date of this order. Petitioner may file a reply fourteen days thereafter.

Dated:  December 27, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/gall0119.801.vac