UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>JUAN FRANCISCO GALLEGOS,<br><br>    Movant. | No. 2:11-cr-0119 WBS KJN<br>No. 2:16-cv-01234 WBS KJN<br><br>ORDER |

Movant, a federal prisoner proceeding through counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 5, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Despite being represented by counsel, movant filed pro se objections to the findings and recommendations. No further objections have been filed on behalf of either party.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 5, 2019, are adopted in full;

2. Movant's June 6, 2016, motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 248) is denied;

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of the Court is directed to close the companion civil case, No. 2:16-cv-01234 WBS KJN, and to enter judgment.

Dated: April 25, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/gall0119.805.vac