UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JUAN GALLEGOS,<br><br>          Defendant. | No. 2:11-cr-00119-02 WBS<br><br><br>ORDER |

----oo0oo----

      Defendant's Motion to Vacate, Set Aside, or Correct Sentence (Docket No. 377) is hereby REFERRED to a Magistrate Judge for findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

      IT IS SO ORDERED.

Dated:   February 22, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1